

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2016

No. 04-16-00253-CV

**GUADALUPE COUNTY**,
Appellant

v.

**WOODLAKE PARTNERS, INC**. and Woodlake Partners, L.P.,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-1270-CV
The Honorable William Old, Judge Presiding

# O R D E R

On June 3, 2016, we ordered appellant to offer a reasonable explanation for filing a late notice of appeal. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). "[A]ny plausible statement of circumstances indicating that failure to file . . . was not deliberate or intentional, but was the result of inadvertence, mistake, or mischance, [would] be accepted as a reasonable explanation." *Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989); *see also Dimotsis v. State Farm Lloyds*, 966 S.W.2d 657, 657 (Tex. App.—San Antonio 1998, no pet.). Any conduct short of deliberate or intentional noncompliance qualifies as inadvertence, mistake or mischance, even if that conduct can also be characterized as professional negligence. *Garcia*, 774 S.W.2d at 670; *Dimotsis*, 966 S.W.2d at 657.

Appellant timely responded to our order, stating that the error was because appellant's counsel was unaware that this appeal was accelerated and subject to the twenty-day deadline for filing a notice of appeal under Rule 26.1(b) of the Texas Rules of Appellate Procedure. Instead, appellant's counsel believed the thirty-day deadline provided under Rule 26.1 applied and, in good faith, calculated the deadline in accordance with Rule 26.1. The explanation is reasonable. We, therefore, grant the motion for extension of time to file the notice of appeal and ORDER this appeal retained on the court's docket.

We previously granted the court reporter an extension of time to file the reporter's record. The reporter's record is due on June 30, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2016.



Keith E. Hottle
Clerk of Court